UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEL TORO, | No. 2:22-cv-0725 AC P |
| Plaintiff, | |
| v. | ORDER |
| VASUKI DARAM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed November 29, 2022, plaintiff's complaint was screened and he was given the option to proceed immediately on his Eighth Amendment claim against defendant Daram or to amend the complaint. ECF No. 5. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 6.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the November 29, 2022 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and it will be recommended that the negligence claims and all claims against defendant Antwong be dismissed without prejudice.

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: December 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE