UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEL TORO,<br><br>    Plaintiff,<br><br>    v.<br><br>VASUKI DARAM, et al.,<br><br>    Defendants. | No. 2:22-cv-0725 DJC AC P<br><br>ORDER |

On August 11, 2023, defendant filed a motion to partially dismiss the first amended complaint. ECF No. 33. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition. Failure to file comply with this order will be deemed a waiver of any opposition to granting the motion and may result in sanctions. See L.R. 230(l).

DATED: September 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1