UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEL TORO,<br><br>    Plaintiff,<br><br>    v.<br><br>VASUKI DARAM, et al.,<br><br>    Defendants. | No. 2:22-cv-0725 DJC AC P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Daram's motion to partially dismiss the first amended complaint has been denied as moot. ECF No. 37.

    Accordingly, IT IS HEREBY ORDERED that defendant Daram shall answer the first amended complaint within twenty-one days of the service of this order.

DATED: October 23, 2023

                                           */s/ Allison Claire*
                                           ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE