IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DEL TORO,**<br><br>Plaintiff,<br><br>v.<br><br>**VASUKI DARAM, et al. ,**<br><br>Defendant. | Case No. 2:22-cv-0725 DJC AC P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT'S SECOND MOTION TO CHANGE RESCHEDULING ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTION** |

Defendant V. Daram (Defendant) moved the Court to modify the scheduling order and extend the dispositive motion deadline by fifty days to September 18, 2024. The Court has read and considered Defendant's motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, Defendant's motion (ECF No. 49) is **GRANTED**. The dispositive motion deadline is extended fifty days to September 18, 2024. All other provisions of the Court's Discovery and Scheduling order remain in effect.

**IT IS SO ORDERED.**

DATED: July 22, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE