1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    STEVEN DEL TORO,                          No.  2:22-cv-0725 DJC AC P

11                 Plaintiff,

12          v.                                  FINDINGS AND RECOMMENDATIONS

13    VASUKI DARAM, et al.,

14                 Defendants.

15

16          By order filed October 21, 2024, plaintiff was ordered to show cause, within twenty-one

17    days, why defendant Schultz should not be dismissed for failure to effect timely service.  ECF

18    No. 56.  The twenty-one-day period has now expired, and plaintiff has not shown cause or

19    otherwise responded to the court's order.  For the reasons set forth in the October 21, 2024 order

20    to show cause (ECF No. 56), which is incorporated herein by reference, the court finds that

21    plaintiff has failed to timely serve defendant.  Plaintiff has further failed to show good cause why

22    defendant Schultz should not be dismissed.  See Fed. R. Civ. P. 4(m) (when a defendant has not

23    been served within ninety days after the complaint is filed the court must dismiss the action

24    against that defendant unless plaintiff can show good cause for the failure).

25          Accordingly, IT IS HEREBY RECOMMENDED that defendant Schultz be dismissed

26    from this action for plaintiff's failure to effect timely service.  See Fed. R. Civ. P. 4(m).

27          These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

                                                  1

1  after being served with these findings and recommendations, plaintiff may file written objections

2  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

3  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

4  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

5  (9th Cir. 1991).

6  DATED: December 2, 2024

7

8  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28